FILED
2006 Nov-07 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| BONITA GORDON, et al., | ) |
| Plaintiffs, | ) |
| vs. | )   CV 05-J-2452-NE |
| C.H. ROBINSON WORLDWIDE, INC., | ) |
| Defendant. | ) |

## ORDER

Plaintiff having filed motion for a new trial or alternatively, motion to alter or amend judgment (doc. 59) and brief in support (doc. 60), and the court having considered said motion and being of the opinion it is due to be denied,

It is therefore ORDERED that said motion is DENIED.

**DONE** and **ORDERED** this 7th day of November 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE